UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARC ELIA, et al.,<br><br>　　　　　　Defendants. | No. 2:11-cv-03341 JAM JFM (PC)<br><br><br>ORDER TO SHOW CAUSE |

　　　　By an order filed February 20, 2013, this court directed the United States Marshal to serve all process without prepayment of costs. ECF No. 28. On July 25, 2013, the Marshal returned the summons and complaint indicating personal service on defendant Huggins had been executed on July 23, 2013. ECF No. 39.

　　　　Also on July 25, 2013, the Marshal filed a request for an order for reimbursement of $69.13 for effecting personal service on defendant Huggins. ECF No. 40. On August 7, 2013, the court entered an order directing defendant Huggins to pay to the Marshal the sum of $69.13 within fourteen days, or file a written statement showing good cause for his failure to waive service under Fed. R. Civ. P. 4(d).

/////

/////

/////

1

Defendant Huggins, although properly served, has not yet filed a responsive pleading.[1] Nor has defendant Huggins paid the sum of $69.13 to the Marshal, or filed a statement showing good cause for his failure to waive service. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Huggins show cause, within twenty-one days from the date of this order, why default should not be entered;

2. The Clerk of the Court shall forward a copy of this order to defendant Huggins at California State Prison - Sacramento, Prison Road, P.O. Box 290002, Represa, CA 95671; and

3. Within seven days from the date of this order, the Attorney General shall inform the court if it intends to represent defendant Huggins in this action.

Dated: September 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

aver3341.77d

---

[1] Fed. R. Civ. P. 12(a)(1)(A)(i) provides that, for a defendant who has not waived service under Fed. R. Civ. P. 4(d), "the time for serving a responsive pleading is . . . within 21 days after being served with the summons and complaint." Defendant Huggins was personally served with process on July 23, 2013. ECF No. 39. Therefore, defendant Huggins had until August 13, 2013, to file a responsive pleading.

2