IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYLE AVERY,**<br><br>                                   Plaintiff,<br><br>        v.<br><br>**MARC ELIA, et al.,**<br><br>                                   Defendants. | 2:11-cv-03341 JAM CKD (PC)<br><br>**STIPULATION AND REQUEST TO STAY LITIGATION PENDING SETTLEMENT NEGOTIATIONS AND ORDER** |

Plaintiff pro per, Kyle Avery and Defendants Beard, Carter, Elia, Goekee, Huggins, Jones, Konrade, and Virga stipulate to stay this action for ninety days and request the Court vacate the scheduling order (ECF No. 48) pending further settlement negotiations.

IT IS SO STIPULATED.

Dated:  December 10, 2010.                         */s/ Misha D. Igra*
                                                                    BENJAMIN R. DORE
                                                                    Attorneys for Defendants Beard, Carter,
                                                                    Elia, Goekee, Huggins, Jones, Konrade, and
                                                                    Virga

Dated:  December 3, 2013.                           */s/ Kyle Avery*
                                                                    Kyle Avery
                                                                    Plaintiff Pro Per

1

**ORDER**

Having considered the stipulation of the parties, litigation is stayed for ninety days and the deadlines in the scheduling order (ECF No. 48) are vacated. Within ninety days the parties will file case status statements informing the Court whether they desire to participate in court-assisted mediation.

IT IS SO ORDERED.

Dated:  December 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

aver3341.po

2