UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>        Plaintiff,<br><br>    v.<br><br>MARC ELIA, et al.,<br><br>        Defendants. | No.  2:11-cv-03341 JAM CKD (PC)<br><br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983.  On December 19, 2013, the presiding Magistrate Judge set this case for a settlement conference before the undersigned on February 27, 2014.  ECF No. 53.

      Presently before this court is plaintiff's January 6, 2014 "motion to vacate order for physical appearance to settlement conference."  ECF No. 55.  In his motion, plaintiff requests that this court permit him to appear for the settlement conference by video conference.  Plaintiff avers that he will be subjected to a "very long drawn out transport" if he were ordered to appear in person for the settlement conference.  Id.  Having carefully considered plaintiff's arguments, and for the reasons set forth below, plaintiff's motion will be denied.

      First, this court does not have the equipment necessary for plaintiff to appear by video conference.  Moreover, physical appearance, rather than a telephonic appearance, is an essential and necessary prerequisite to a meaningful settlement discussion between the parties.  Given the importance of the parties' physical appearance at the settlement conference, plaintiff's motion

1

will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 6, 2014 motion to vacate order for physical appearance to settlement conference (ECF No. 55) is denied.

Dated: January 14, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

aver3341.ord