UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. 2:11-cv-03341 JAM CKD (PC) |
| Plaintiff, | |
| v. | ORDER |
| MARC ELIA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983.  On December 19, 2013, this case was set for a settlement conference before Magistrate Judge Craig M. Kellison on February 27, 2014.  ECF No. 53.

Presently before the court is plaintiff's January 24, 2014 "notice and motion to vacate all stipulations for settlement." ECF No. 57.  In his motion, plaintiff states that "settlement is no longer an option for which plaintiff is willing to entertain at this time." Id.  Plaintiff requests the court to vacate the December 19, 2013 order setting the settlement conference.  Id.  Taking into consideration the explanations set forth in support of plaintiff's motion, the court finds that the parties may still benefit from a settlement conference during which they can engage in an open dialogue regarding the issues in this action.  The court will therefore not vacate the December 19, 2013 order setting the settlement conference.

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's January 24, 2014 motion to vacate all stipulations for settlement (ECF No. 57) is denied.

Dated: February 5, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

aver3341.ord(2)