UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARC ELIA, et al.,<br><br>                    Defendants. | No.  2:11-cv-3341 JAM CKD (PC)<br><br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983.

   On March 3, 2014, the court ordered defendant Huggins to reimburse the United States Marshals Service ("USMS") the sum of $69.13 for personal service of process.  ECF No. 62.  Defendant Huggins was also ordered to show cause why sanctions should not be entered for failure to comply with the court's prior order to reimburse the USMS.  Id.

   On March 13, 2014, defendant Huggins filed a response to the order to show cause requesting that sanctions not be entered because his failure to reimburse the USMS was due to excusable inadvertence.  ECF No. 63.  Defendant Huggins has now submitted payment to the USMS for personal service of process.  Id.

/////

/////

1

1  Good cause having been shown, IT IS HEREBY ORDERED that the March 3, 2014 order
2  to show cause (ECF No. 62) is discharged.
3  Dated: March 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7  aver3341.osc.dis