UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

    Plaintiff,

v.

MARC ELIA,

    Defendants.

No. 2:11-cv-3341 JAM CKD P

ORDER

On October 7, 2014, plaintiff filed a request for reconsideration of the magistrate judge's September 17, 2014 order denying plaintiff's request that discovery be re-opened and that defendants be compelled to respond to certain discovery requests. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 17, 2014, is affirmed.

DATED: October 22, 2014

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE