UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>           Plaintiff,<br><br>      v.<br><br>MARC ELIA, et al.,<br><br>           Defendants. | No.  2:11-cv-3341 JAM CKD P<br><br><br><br>ORDER |

     Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment.  Good cause appearing, the request will be granted.

     Plaintiff has also requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel (ECF No. 78) is denied;

2. Plaintiff's request for an extension of time (ECF No. 78) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: January 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
aver3341.31+36sec