UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>          Plaintiff,<br><br>     v.<br><br>MARC ELIA, et al.,<br><br>          Defendants. | No.  2:11-cv-3341 JAM CKD P<br><br><br><br>ORDER |

On June 22, 2015, plaintiff filed a motion seeking an extension of time to conduct discovery to obtain information for his opposition to defendants' motion for summary judgment. However, defendants have not yet filed their motion for summary judgment and it is not due until July 9, 2015. Accordingly, plaintiff's motion (ECF No. 94) is denied. If defendants file a motion for summary judgment, and if after reviewing that motion plaintiff believes he needs more time to conduct discovery, he may submit a motion to the court, no longer than 5 pages, in which plaintiff can explain why he did not obtain the information he seeks before the close of discovery.

Dated:  June 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/aver3341.dis