UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. 2:11-cv-3341 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| MARC ELIA, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on July 9, 2015. Plaintiff has not yet filed his opposition.

Plaintiff has requested that he be permitted to subpoena photographs of various religious grounds at certain prisons. While it is not entirely clear, it appears plaintiff is also asking that prison officials be ordered to take pictures for plaintiff to the extent the photographs plaintiff wants do not exist.

Plaintiff's request will be denied. First, discovery is closed and plaintiff has not shown good cause for re-opening discovery. Second, plaintiff does not need photographs to support his opposition to defendants' motion for summary judgment. Written descriptions will suffice. If plaintiff feels there are aspects of his opposition to defendants' motion for summary judgment which plaintiff cannot support with evidence, plaintiff may bring a motion under Rule 56(d) of

the Federal Rules of Civil Procedure with his opposition to defendants' motion for summary judgment.

Plaintiff will be granted 30 days within which to file his opposition to defendants' motion for summary judgment. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "motion for additional post discovery subpoena . . ." (ECF No. 102) is denied.

2. Plaintiff's request for a subpoena (ECF No. 103) is denied;

3. Plaintiff's request for an extension of time to file his opposition to defendants' motion for summary judgment (ECF No. 106) is granted; and

4. Plaintiff is granted 30 days within which to file his opposition to defendants' motion for summary judgment. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: October 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1  
aver3341.sub